**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:

Carlos E. Diaz
    and
Grettel Gonzalez
    Debtors.
_____/

Case No: 19-17401-JKO

Chapter 7

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I certify that:

[ ]      The paper filed **adds** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added). I have:
1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2. provided the court with a supplemental matrix diskette **containing only the added creditors** or electronically uploaded the added creditors in CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [Local Rule 1009-1(D)(2)]; and
4. filed an amended schedule(s) and summary of schedules.

[ ]      The paper filed **deletes** a creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being deleted). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and
3. filed an amended schedule(s) and summary of schedules.

[ ]      The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the <u>attached list</u>. **I have**:
1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [Local Rule 1009-1(D)(2)] and
2. filed an amended schedule(s) or other paper.

[ ]      The paper filed **corrects** schedule D, E or F amount(s) or classification(s). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and
3. filed an amended schedule(s) and summary of schedules.

[X]      None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It X does does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B) and, if filed electronically without imaged signatures, a local form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" accompanied the filing of the document.

                         **Robert Sanchez, Esq.**
                         355 West 49 Street
                         Hialeah, FL 33012
                         Telephone: (305)687-8008
                         Facsimile: (305)821-1056
                         Attorneysanchez@yahoo.com

                         By: _____/sRobert Sanchez, .____
                                       Robert Sanchez, Esq.
                                       Fla. Bar No. 0442161

LF-4 (rev. 12/01/09)